# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Littleton, MA  **Category No.** II  **Investigating Agency** ATF
**City** Littleton, MA
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-mj-5540, 5541, 5542 - JGD
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-mj-5550 & 5546-JGD  ☑ Yes ☐ No

**Defendant Information:**
**Defendant Name** Alan Thomas Robinsn   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:** _____
**Address:** 2 Harwood Avenue Apt. 2D
**Birth date (Yr only):** 1998  **SSN (last 4#):** 5771  **Sex:** M  **Race:** _____  **Nationality:** USA
**Defense Counsel if known:** John Palmer   **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Luke A. Goldworm   **Bar Number if applicable:** 677657

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____
**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**
**Arrest Date:** 11-3-2023
☑ Already in Federal Custody as of 11-3-2023 in Moakley Courthouse .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/3/2023   **Signature of AUSA:** _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Alan Thomas Robinson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §933 | Firearms Trafficking | 1 |
| Set 2 | 21 U.S.C. §841 | Dist. and Poss. with Intent to Dist. a Controlled Substance | 1 |
| Set 3 | 18 U.S.C. §924(c) | Use or Poss. of a Firearm During a Drug Trafficking Offense | 1 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**