## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Task Force Officer John Moynihan, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am presently a Boston Police Department (BPD) Detective, assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Boston Field Division II, as a Task Force Officer (TFO). I am deputized by the United States Marshals Service (USMS) as a special deputy with the Violent Crimes Gun Task Force. I have been a sworn Boston Police Officer since 2008.

2. Prior to joining the BPD, I served as an Infantry Officer in the United States Army. While in the Army, I attended and completed the infantry officer's basic course, Army Airborne School, and Army Ranger School. In June 2009, I completed the Boston Police Academy. Since that time, I have served in a multitude of assignments, including but not limited to patrol, Anti-Crime, Youth Violence Strike Force, and the Fugitive Apprehension Unit.

3. I have written and/or participated in the execution of numerous search warrants resulting in the seizure of large quantities of firearms, United States currency, records of firearms, monetary transactions, as well as the transportation and laundering of firearm proceeds. I have participated in the debriefing of numerous defendants, informants, and witnesses who had personal knowledge regarding firearm trafficking organizations. I have participated in all aspects of firearms investigations, including conducting surveillance, executing searches pursuant to court-ordered search warrants, executing arrests, and participating in court-authorized Title III wiretaps of cellular phones. I have received extensive specialized training in the field of firearm identification, investigation, and enforcement. In addition, I have attended and completed the two-week DEA basic narcotics investigator course, and during my time with BPD, I participated in numerous narcotics-related arrests.

4.  I submit this affidavit in support of a request for a complaint and arrest warrant for Alan Robinson ("ROBINSON"), D.O.B. XX/XX/1998, for: trafficking in firearms and conspiracy to do so, in violation of 18 U.S.C. §933; possession with the intent to distribute cocaine, in violation of 21 U.S.C. § 841; and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c) (hereinafter, the "TARGET OFFENSES").

5.  I submit this affidavit for the limited purpose of establishing probable cause for the requested complaint. Accordingly, I have not included each and every fact known to me, and other law enforcement officers involved in this investigation. As a result of my personal participation in the investigation, review of reports submitted by other law enforcement personnel, and my consultations with other law enforcement officers, I am familiar with this investigation.

## BACKGROUND OF INVESTIGATION

6.  On October 23, 2023, an ATF cooperating witness ("CW") made a purchase of four firearms (two handguns and two rifles) from ROBINSON, Cordell MILLER ("MILLER"),[1] and a third individual (who is not currently charged) inside an apartment on Harwood Avenue in Littleton, Massachusetts (TARGET APARTMENT).[2] The firearms are pictured below:



---

[1] Cordell MILLER has been charged with a number of offenses as a result of this investigation.  See 23-mj-5550-JGD.

[2] Additional details of the controlled purchase are set forth in Exhibit 1, ¶¶ 8-14.

7. During that audio video recorded firearm sale, the CW related to ROBINSON, MILLER, and the third individual that he was a convicted felon and could not lawfully obtain these firearms.

Execution of the Search Warrant

8. On the morning of November 3, 2023, ATF executed a search warrant for the TARGET APARTMENT. The affidavit in support of that warrant is attached hereto as Exhibit 1 and incorporated herein.

9. The TARGET APARTMENT is a one-bedroom apartment, under 600 square feet. ROBINSON lists the apartment as his residence in RMV records. *See* Exhibit 1, ¶15. In addition, agents have spoken to the owner of the building who has confirmed that ROBINSON is the tenant of the TARGET APARTMENT, and the owner is aware of no other tenant(s).

10. Inside the TARGET APARTMENT, agents located ROBINSON and a second individual (Person 1), who resides in Chelmsford. Person 1 was found to be in possession of a Glock handgun and will be arrested on state charges.[3]

11. In a drawer in the kitchen of the TARGET APARTMENT, agents found a Ruger[4] 5.7mm handgun with a loaded magazine. The firearm was on top of Alan ROBINSON'S driver's license. The kitchen drawer also contained some powder (suspected cocaine). Elsewhere in the kitchen, agents located drug packaging materials and a scale.

---

[3] The Glock handgun was found in in a black backpack. In the front pocket of the backpack, agents found Person 1's wallet, though some credits cards of ROBINSON were found in the bag as well.

[4] Based upon my training and experience and information obtained from other officers, I know that Ruger firearms are not manufactured in the Commonwealth of Massachusetts.

12. In a safe in the bedroom of the apartment,[5] agents located:

   a. a Privately Made[6] assault rifle, ammunition, loaded magazines, including a drum loading magazine for the assault rifle;




   b. Two packages of cocaine (estimated at approximately a kilogram each). The contents of one of the packages field tested positively for the presence of cocaine; and

   c. loose powder (estimated at over a kilogram), with a Venmo credit card in ROBINSON's name, that also tested positively for the presence of cocaine.

## CONCLUSION

13. Based on the foregoing, there is probable cause to believe that:

   a. on or about October 23, 2023, in Littleton, in the District of Massachusetts, ROBINSON did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: Ruger LCR 38 Special, S#545-20813; Privately Made Firearm 9mm, non-serialized; Privately Made Firearm 55 Rifle, with

---

[5] The keys to the safe were in a kitchen drawer.

[6] Privately made firearms (PMFs) are often referred to as a "ghost guns" because they are not marked with a serial number and are therefore far more difficult for law enforcement to trace if they are used to commit a crime. I know from training and experience that individuals can make PMFs from scratch, buy weapon parts kits, including "buy-build-shoot" kits, or print weapon parts or the entire firearm using personal or professional 3D printers.

Stagarms upper receiver, non-serialized; 995 model Hi-Point rifle, serial# F239643; and assorted rifle and handgun ammunition, to an ATF CW in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the ATF CW would constitute a felony, or did attempt or conspire to do so, in violation of 18 U.S.C. §933(a)(1);

b. on or about November 3, 2023, in Littleton, in the Commonwealth of Massachusetts ROBINSON did knowingly and intentionally possess with intent to distribute cocaine, a controlled substance, in violation of 21 U.S.C. § 841; and

c. on or about November 3, 2023, in Littleton, in the Commonwealth of Massachusetts ROBINSON did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

Sworn to under the pains and penalties of perjury,

_____
Det. John Moynihan
Task Force Officer, ATF

Sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on this Day of November 2023.

**Nov 3, 2023**

_____
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE